UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20122-CR-UNGARO/REID

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHNNY WATSON,

        Defendant.
_____/

## NOTICE OF FILING REVISED FACTUAL PROFFER

As discussed by the parties and the Court during the October 4, 2021 change of plea hearing, the undersigned hereby files the attached revised copy of the factual proffer, which corrects a scrivener's error on the third page. As stated in court, the correction has been initialed by the defendant, the Government, and undersigned counsel.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

BY:   s/*Ian McDonald*
        Ian McDonald
        Assistant Federal Public Defender
        Special A No. A5502117
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130
        Tel:  305-530-7000
        E-Mail Address: Ian_McDonald@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **October 5, 2021,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ian McDonald*
Ian McDonald